Martin E. Rosen (108998)
Misty A. Murray (196870)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
Email: mrosen@barwol.com
      mmurray@barwol.com

Attorneys for Plaintiff
Monarch Life Insurance Company

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONARCH LIFE INSURANCE COMPANY, a Massachusetts insurance company,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD SELBY, M.D., an individual,<br><br>    Defendant. | Case No: SACV 05-248 JVS (MLGx)<br><br>**JUDGMENT**<br><br>Trial:    May 2, 2006<br><br>Court's Findings of Facts and Conclusions of Law:<br>        January 4, 2008 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

o:\ecf ready\monarch v. selby proposed judgment.doc

On May 2, 2006, this action came on for trial before the Honorable James V. Selna. The matter was submitted, and on January 4, 2008, the Court filed Findings of Fact and Conclusions of Law. In accordance with those findings and conclusions, and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

IT IS **ADJUDGED** that:

1. As of February 12, 2004, and through the present, defendant Richard Selby, M.D. ("Selby") was not disabled as defined by the disability income insurance policy issued to him by plaintiff Monarch Life Insurance Company ("Monarch"), policy number 1944195 (the "Policy"); and in addition

2. Plaintiff Monarch is not required or obligated to pay defendant Selby any insurance benefits or waive premiums under the Policy for any time period from February 12, 2004 to the present; and in addition

3. Plaintiff Monarch is entitled to recover from Selby the amount of benefits paid and premiums waived since February 12, 2004 to the present, plus interest, and as a consequence, shall have judgment against defendant Selby in the sum of $425,854.04; and in addition;

4. Plaintiff Monarch shall recover from Defendant Selby its costs of suit as taxed in this matter; and in addition

5. This Judgment shall bear interest at the judgment rate from January 4, 2008 until the date it is fully satisfied.

Dated: February 25, 2008

_____
United States District Court Judge
Central District of California